ISBRANDTSEN COMPANY, INC., Appellant, v. A. P. PATTISON & COMPANY, FEDERAL INC., U. S. A., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

LANE-MARVEY CORPORATION, Appellant, and ROCKET ASSOCIATES, INC., Intervener, Appellant, v. EDWARD T. McCAFFREY, as Commissioner of Licenses of the City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [204 Misc. 166.]   [See 283 App. Div. 655.]

■

BERNARD SATIN, an Infant, by His Guardian ad Litem, DORA SATIN, Respondent, et al., Plaintiffs, v. WILLIAMSBURG BOWLING CENTER, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

RALPH COHEN, Respondent, v. UNION NEWS COMPANY, Appellant.— Judgment unanimously reversed, with costs of this appeal to the appellant, and judgment is directed to be entered dismissing the complaint herein, with costs, on the ground that the plaintiff failed to establish against defendant any actionable negligence proximately causing the accident and the injuries. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

(Republish.)

In the Matter of the Application of ACKER MERRALL & CONDIT COMPANY et al., Respondents-Appellants, against NEW YORK STATE LIQUOR AUTHORITY et al., Appellants-Respondents.— Order denying appellants-respondents' motion to dismiss the petitions affirmed, with costs to the petitioners-respondents-appellants, and the order annulling the determination of the Liquor Authority is modified to remit the matter to the Authority for further consideration in accordance with the opinion herein, with costs to the petitioners-respondents-appellants. Opinion by Peck, P. J. Breitel and Bastow, JJ., dissent in dissenting opinion. Settle order on notice. Order granting motion to punish Bob's Corked Liquors, Inc., unanimously reversed and the petition denied. Order filed. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [Also printed *ante*, p. 638.— REP.]